**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JASON ALUMBAUGH                                                                                           PLAINTIFF
ADC #552277

V.                                        NO: 4:16CV00837 BSM/PSH

T. COLLINS                                                                                                  DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to Chief United States District Judge Brian S. Miller.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Jason Alumbaugh filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on November 15, 2016.  Alumbaugh did not pay the $400.00 filing and administrative fees, or file an application for leave to proceed *in forma pauperis* (IFP).  On November 16, 2016, the Court entered an order directing Alumbaugh to pay the filing and administrative fees, or to file an IFP application, within 30 days.  Doc. No. 2.  That order also warned Alumbaugh that his failure to comply would result in the recommended dismissal of his complaint.

More than 30 days have passed, and Alumbaugh has not paid the filing and administrative fees, filed an IFP application, or otherwise responded to the Court's order.  Under these

1

circumstances, the Court concludes that Alumbaugh's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Jason Alumbaugh's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE