IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JASON ALUMBAUGH,**                                                                               **PLAINTIFF**
**ADC #552277**

v.                                    CASE NO.  4:16CV00837 BSM

**T. COLLINS**                                                                                              **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 3] has been reviewed.  No objections have been filed.  After reviewing the record, the RD is adopted.

Accordingly, plaintiff Jason Alumbaugh's complaint [Doc. No. 1] is dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond as ordered [Doc. No. 2].  Finally, any *in forma pauperis* appeal taken from the order and judgment dismissing this action will be considered frivolous and not in good faith.  *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 13th day of January 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE